MYRTLE REESE, as Executrix of DAVID F. REESE, Deceased, Respondent, *v.* JAMES PRINGLE, Defendant, and MILLER PLACE CORPORATION, Appellant.

Argued February 18, 1947; decided April 10, 1947.

934

*Archie H. Brin* for defendant-appellant.
*George A. Roland* for respondent.

Judgment and order reversed and motion for summary judgment denied, with costs in all courts to the defendant-appellant. We think issues are presented that can be composed only by a trial. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.